# IN THE U.S. DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

ANGEL M. JONES and GARY MORGAN
JONES, husband and wife,

    Plaintiffs,

v.                                                                              Case No. 13-2477

NATIONWIDE AFFINITY INSURANCE                  JURY DEMAND
COMPANY OF AMERICA,

    Defendant.

## NOTICE OF DISMISSAL BY PLAINTIFF

    COME NOW, the Plaintiffs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety without prejudice. The Complaint for Declaratory Judgment was filed in the Chancery Court of Tennessee for the Thirtieth Judicial District. Defendant then removed the action to this Court and Plaintiffs now dismiss it without prejudice.

    Respectfully submitted,

    BAILEY & GREER, PLLC

     s/Thomas R. Greer
    Thoms R. Greer (#24452)
    Bailey & Greer, PLLC
    6256 Poplar Avenue
    Memphis, TN 38119
    Phone: (901) 680-9777
    Fax:    (901) 680-0580

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd of July, 2013, a copy of the foregoing Notice of Dismissal by Plaintiff was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.  The parties to be served are as follows:

Parks T. Chastain, Esq.
E. Jason Ferrell, Esq.
Attorneys for Defendant
Brewer, Krause, Brooks,
Chastain & Burrow, PLLC
P.O. Box 23890
Nashville, TN 37202-3890

                                                   s/Thomas R. Greer
                                                   Thomas R. Greer